806 A.2d 849

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner.**

v.

**Tony Santo SANGIAMO, Respondent.**

**No. 652 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 25, 2002.

## ORDER

PER CURIAM.

AND NOW, this 25th day of July, 2002, upon consideration of the Report and Recommendations of the Disciplinary Board dated May 31, 2002, it is hereby

ORDERED that TONY SANTO SANGIAMO, be and he is SUSPENDED from the Bar of this Commonwealth for 20 months, retroactive to March 12, 2001, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.